UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MICHAEL COLT, E-63137,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN GRANDSAERT, Judge, et al.,<br><br>    Defendants. | Case No. 15-cv-04239-SK (PR)<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT**<br><br>Regarding Docket No. 7 |

Per order filed on October 2, 2015, the court dismissed without prejudice plaintiff's instant pro se prisoner action under 42 U.S.C. § 1983 for failure to state a claim upon which relief may be granted and directed the clerk to enter judgment and close the file. The court explained that plaintiff's request for an order invalidating his state conviction must be brought in habeas rather than § 1983, and that his request for damages under § 1983 for defendants' unlawful actions in securing his state conviction is barred by Heck v. Humphrey, 512 U.S. 477 (1994), until his state conviction is first invalidated.

Apparently before plaintiff received a copy of the court's October 2, 2015 order of dismissal, he submitted for filing a First Amended Complaint (FAC) the clerk received on October 14, 2015. The FAC (docket #7) expands of plaintiff's allegations of defendants' unlawful actions in securing his state conviction, but must be DISMISSED on futility grounds because "it appears beyond doubt that the plaintiff's proposed amended complaint would not remedy the deficiencies in the previous complaint." Adam v. Hawaii, 235 F.3d 1160, 1164 (9th Cir. 2001).

**IT IS SO ORDERED**.

Dated: October 26, 2015



_____
SALLIE KIM
United States Magistrate Judge